**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

Case No.
Judge:
Chapter 13

In Re, **Ceria L. Bellinger**

Debtor(s)

## AFFIDAVIT OF CERIA L. BELLINGER

STATE OF WISCONSIN )
(SS
COUNTY OF MILWAUKEE )

I, Ceria L. Bellinger, being first duly sworn upon oath, deposes and says as follows:

1. Prior to the Chapter 13 case I am in now, I also filed a Chapter 13 bankruptcy on May 11, 2022, case number 22-22123-kmp. The case was dismissed on October 8, 2025, for failure to provide the Chapter 13 Trustee with copies of the 2024 income tax returns, a tax affidavit, or a tax declaration in accordance with 28 U.S.C. § 1746.

2. The reason my previous Chapter 13 case failed is because my then 15-year-old daughter started to experience mental health issues in August of 2024 that caused me to miss a significant amount of work from August of 2024 to September of 2025. While I was able to maintain my job under FMLA, my time off was without compensation. Due to the stress and overwhelming emotional toll of dealing with my daughter's health issues I lost focus on attending to some of my own responsibilities and I did not file my 2024 State and Federal income taxes as required by April 15th, 2025 and I was unable to reach my tax preparer in September of 2025 when the Trustee filed the Motion to Dismiss Case for failure to provide the Chapter 13 Trustee with copies of the 2024 income tax returns, all of which made completion of my previous Chapter 13 case impossible.

3. My 17-year-old daughter is now managing her mental health issues through counseling, which has significantly reduced the stress and emotional burden I have been under for the last 2 years, which has allowed me to return to work full-time. In addition, I started with a new employer as a LPN with Wheaton Franciscan Healthcare in June of 2026. My net monthly take home pay has increased by approximately $1,844.00 from my previous job as a LPN with the Lutheran Home.

4. Now that I am no longer dealing with the stress and emotional burden of my Daughter's health issues that caused me to miss work and made difficult complying with the requirement to provide the Chapter 13 Trustee with copies of my 2024 income tax returns in accordance with 28 U.S.C. § 1746 and now that I have started a new job that has increased my net monthly take home pay by approximately $1,844.00, I will have sufficient income to meet my household's monthly living expenses, as well as sufficient income to submit $1,731.50 per month to the Chapter 13 Trustee through bi-weekly payroll deductions for the benefit of our creditors.

5. I am aware that a payment is due to the Trustee within thirty days of the day I filed this current case.

By: Ceria L. Bellinger
Ceria L. Bellinger

Dated: 09/30/2026

Sworn and subscribed before me this
30th day of September, 2026.

Adam L. Lombardo
Notary Public, State of Wisconsin
My Commission is permanent.

Document Drafted By:
Lombardo Law Office
2230 S 108th Street
Milwaukee, WI 53227
Phone: (414) 543-3328
Fax: (414) 543-0786